# United States District Court
## *Southern District of Georgia*

Maximigo Luna Ortega,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-95, CR413-120,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/29/14, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the 2255 petition.

9/29/14
*Date*

Scott L. Po...
*Clerk*

(By) Deputy Clerk